UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALANNA MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH-ADE LLC,<br><br>Defendant. | Case No. 7:24-cv-00173<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Alanna Morton, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Health-Ade, LLC ("Health-Ade"), by and through their undersigned counsel, that the time within which Health-Ade may answer, move, or otherwise respond to Plaintiff's Class Action Complaint is extended through and including March 4, 2024.

**[SIGNATURE PAGE TO FOLLOW]**

Dated:  January 26, 2024

**BURSOR & FISHER, P.A.**

By: /s/ Joshua D. Arisohn
Joshua D. Arisohn
Philip L. Fraietta
Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jarisohn@bursor.com
pfraietta@bursor.com
aleslie@bursor.com

*Attorneys for Plaintiff*

Dated:  January 26, 2024

**GREENBERG TRAURIG, LLP**

By: /s/ Nilda M. Isidro
Nilda M. Isidro
One Vanderbilt Ave
New York, New York 10017
Tel: (212) 801-9200
nilda.isidro@gtlaw.com

Robert J. Herrington*
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
robert.herrington@gtlaw.com

*Attorneys for Defendant Health-Ade, LLC*

* Pro Hac Vice application forthcoming

SO ORDERED.

/s/ Cathy Seibel    1/26/24
CATHY SEIBEL, U.S.D.J.

The Clerk shall terminate ECF No. 6.

2