

Nilda M. Isidro
Tel 212.801.9335
Fax 212.801.6400
Nilda.Isidro@gtlaw.com

May 24, 2024

**VIA ECF**

Hon. Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Extension granted on consent. Motion to be served by 6/20/24. Opposition to be served by 7/26/24. Reply to be served, and all papers to be filed, by 8/14/24. The parties are reminded to supply hard copies of their papers to chambers at the time they are served.
>
> 5/24/24   SO ORDERED.
>
> *[signature]*
> CATHY SEIBEL, U.S.D.J.

Re:   *Morton v. Health-Ade LLC* (Case No. 7:24-cv-00173)

Dear Judge Seibel:

We write on behalf of defendant Health-Ade, LLC ("Health-Ade") to request a two-week extension of time on the briefing schedule for Health-Ade's Motion to Dismiss the First Amended Class Action Complaint ("FAC"), which was filed on May 6, 2024. Pursuant to paragraph 1(E) of Your Honor's Individual Practices, Health-Ade states as follows:

Pursuant to the deadlines set by Your Honor at the pre-motion conference held on April 5, 2024, the original date for Health-Ade to file its Motion to Dismiss the FAC was June 5, 2024. The new date requested is **June 20, 2024**. Health-Ade requests the opposition deadline, which was set for July 12, 2024, be extended to **July 26, 2024**. Health-Ade also requests the reply deadline, which was set for July 31, 2024, be extended to **August 14, 2024**.

This is the parties' first request for an extension of any of the motion deadlines set at the pre-motion conference. We seek this extension because the parties are exploring the possibility of resolution prior to briefing the motion. Counsel for Plaintiff consent to this request.

In addition, the parties note that they will submit the motion to dismiss briefing as a bundled filing.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Long Island. Los Angeles. Mexico City+. Miami. Milan⋄. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul∞. Shanghai. Silicon Valley. Singapore. Tallahassee. Tampa. Tel Aviv^. Tokyo¤. Warsaw~. Washington, D.C. West Palm Beach. Westchester County.

Operates as "Greenberg Traurig Germany LLP *A separate UK registered legal entity °Greenberg Traurig S.C. ⋄Greenberg Traurig Santa Maria ∞Greenberg Traurig LLP Foreign Legal Consultant Office "Greenberg Traurig Singapore LLP ^A branch of Greenberg Traurig P.A. Florida USA ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuho Jimubegoshi Jimusho ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

Judge Seibel
May 24, 2024
Page 2

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: Nilda M. Isidro
Shareholder

cc: All counsel of record
Robert J. Herrington, Esq.