September 5, 2024

Hon. Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Morton v. Health-Ade LLC* **(Case No. 7:24-cv-00173)**

Dear Judge Seibel:

    Bursor & Fisher, P.A., on behalf of Plaintiff Alanna Morton, and Greenberg Traurig, LLP, on behalf of defendant Health-Ade, LLC, (collectively, the "Parties") write jointly to inform the Court that the Parties have resolved the above-captioned matter.

    Accordingly, the pending Motion to Dismiss (Dkt. 19) is moot.

    The Parties will be filing a Stipulation of Dismissal with prejudice in the near future.

Respectfully submitted,

| **BURSOR & FISHER, P.A.** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: */s/ Joshua D. Arisohn* | By: */s/ Nilda M. Isidro* |
| Joshua D. Arisohn | Nilda M. Isidro |
| 1330 Avenue of the Americas, 32nd Floor | One Vanderbilt Ave |
| New York, NY 10019 | New York, New York 10017 |
| Telephone: (646) 837-7150 | Tel: (212) 801-9200 |
| Email: jarisohn@bursor.com | nilda.isidro@gtlaw.com |
| *Attorneys for Plaintiff Alanna Morton* | *Attorneys for Defendant Health-Ade, LLC* |